**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MELECIO M. CARDONA, | ) | No. CV 13-5645-SVW (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CASH, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice as successive.

DATED: October 2, 2013

STEPHEN V. WILSON
United States District Judge